HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
ann.mcglenon@fd.org

Attorney for Defendant
WILLIAM REYNOLDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:00-cr-05346 AWI |
|---|---|---|
| *Plaintiff,* | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND ORDER |
| vs. | ) | |
| | ) | |
| WILLIAM REYNOLDS, | ) | DATE: May 22, 2015 |
| | ) | TIME:   1:30 P.M. |
| *Defendant.* | ) | JUDGE: Honorable Gary S. Austin |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Karen A. Escobar, Counsel for Plaintiff, and Assistant Federal Defender, Ann H. McGlenon, Counsel for Defendant William Reynolds, that the status conference scheduled for May 1, 2015 at 1:30 p.m., before Honorable Gary S. Austin **may be continued to May 22, 2015 at 1:30 p.m. before Honorable Sheila K. Oberto.**

The reason for this continuance is because defense counsel will be out of the office on Friday, May 1, 2015.  All parties are discussing options for Mr. Reynolds. The requested continuance will conserve time and resources for both parties and the court.

//

//

//

| | |
|---|---|
| Dated:  April 30, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br> */s/ Karen A. Escobar*<br>KAREN A. ESCOBAR<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| Dated:  April 30, 2015 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Ann H. McGlenon*<br>ANN H. MCGLENON<br>Assistant Federal Defender<br>Attorney for Defendant<br>WILLIAM REYNOLDS |

## **O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause.

IT IS SO ORDERED.

Dated:   **April 30, 2015**            **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

Reynolds - Stipulation to Continue Status Hearing                -2-