1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ANN H. MCGLENON, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   WILLIAM OSBORNE REYNOLDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:00-cr-05346 AWI-1 |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | ) ) | |
| WILLIAM OSBORNE REYNOLDS, | ) ) | Date:   September 8, 2015 Time:   10:00 a.m. |
| Defendant. | ) ) ) | Judge: Anthony W. Ishii |

IT IS HEREBY STIPULATED by the parties, through their respective counsel, KAREN A. ESCOBAR, Assistant United States Attorney, counsel for plaintiff, and ANN H. MCGLENON, Assistant Federal Defender, counsel for defendant, WILLIAM OSBORNE REYNOLDS, that the sentencing hearing currently set for July 20, 2015, **may be continued to September 8, 2015**.

The requested continuance is to facilitate defendant's continued uninterrupted participation at WestCare.  The government has no objection to the requested continuance.  As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

//

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: July 14, 2015 | By */s/ Karen A. Escobar*<br>KAREN A. ESCOBAR<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: July 14, 2015 | By */s/ Ann H. McGlenon*<br>ANN H. MCGLENON<br>Assistant Federal Defender<br>Attorneys for Defendant<br>William Osborne Reynolds |

**O R D E R**

IT IS SO ORDERED.

Dated:   July 16, 2015                    _____
                                          SENIOR  DISTRICT  JUDGE

Reynolds:  Stipulation to Continue                     -2-
Sentencing Hearing