HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559-487-5950
ann.mcglenon@fd.org

Attorney for Defendant
WILLIAM REYNOLDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:00-CR-05346 AWI |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON |
| vs. | |
| WILLIAM REYNOLDS, | Date:  April 14, 2016 |
| *Defendant.* | Time: 1:30 p.m.<br>Judge: Hon. Erica P. Grosjean |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Daniel Griffin, Counsel for Plaintiff, and Assistant Federal Defender, Ann H. McGlenon, Counsel for Defendant Williams Reynolds, that the status conference hearing set for Friday, March 11, 2016 at 1:30 p.m. before Magistrate Oberto, **may be rescheduled to April 14, 2016 at 1:30 p.m., before Magistrate Grosjean.**

The reason for this request is to allow additional time to assure that all continues well with Mr. Reynolds.  This is an alleged violation of Supervised Release, therefore, time need not be excluded because the Speedy Trial Act does not apply.

Stipulation to Continue Status Conference Hearing          -1-

| | |
|---|---|
| Dated: March 9, 2016 | BENJAMIN B. WAGNER<br>United States Attorney |
| | |
| | */s/ Daniel Griffin*<br>DANIEL GRIFFIN<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| Dated: March 9, 2016 | |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | |
| | */s/ Ann H. McGlenon*<br>ANN H. MCGLENON<br>Assistant Federal Defender<br>Attorney for Defendant<br>WILLIAM REYNOLDS |

### **O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause.

IT IS SO ORDERED.

Dated: **March 10, 2016**         /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE